# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FAWZI KHALID ABDULLAH FAHAD AL ODAH, *et al.*,

      Petitioners,

      v.

UNITED STATES, *et al.*,

      Respondents.

Civil Action No. 02-828 (CKK)

## ORDER
(August 24, 2009)

For the reasons set forth in the Court's Classified Memorandum Opinion issued to the parties on this date, it is, this 24th day of August, 2009, hereby

**ORDERED** that Petitioner Fawzi Khalid Abdullah Fahad Al Odah's petition for habeas corpus is DENIED; and it is further

**ORDERED** that the relevant agencies shall complete a classification review of the Court's Classified Memorandum Opinion and shall provide the Court with an Unclassified version within 72 hours of receiving the Court's Classified Memorandum Opinion.

*This is a Final, Appealable Order.*

                                                  /s/
                                      **COLLEEN KOLLAR-KOTELLY**
                                      United States District Judge